UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
APR 1 5 2013
CLERK

*********************************************************************

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIV 13-4030 |
| Plaintiff, | |
| vs. | ORDER |
| CHIROPRACTIC ASSOCIATES, LTD. OF SOUTH DAKOTA, | |
| Defendant. | |

*********************************************************************

Daniel R. Fritz moves to allow nonresident attorney Mark A. Jacobson to participate in all proceedings in the above case. The Court has reviewed the file and good cause appearing,

IT IS ORDERED that Mark A. Jacobson:

1. Shall be admitted to participate in all proceedings of this case pursuant to the Rules of Practice of the United States District Court of the District of South Dakota;

2. Shall file a return and pay state sales tax pursuant to the laws of the State of South Dakota.

Dated this 15th day of April, 2013.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
DEPUTY