**FILED**

APR 1 8 2013


CLER.

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

*******************************************************************************

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CIV. 13-4030 |
| | * | |
| | * | MEMORANDUM OPINION AND |
| Plaintiff, | * | PRELIMINARY ORDER |
| v. | * | |
| | * | |
| CHIROPRACTIC ASSOCIATES, LTD. | * | |
| OF SOUTH DAKOTA, | * | |
| | * | |
| Defendant. | * | |
| | * | |

*******************************************************************************

The Court has considered the Plaintiff's Explanation for Consent Decree Procedures (Doc. 5), Competitive Impact Statement (Doc. 6), and the Parties's Stipulation with attached Proposed Final Judgment (Doc. 4). After considering all documents on file the Court gives such preliminary approval to the proposed final judgment that it requests the parties to submit to the Court a proposed order that addresses the required publications and consideration of public comments by the Attorney General and publication of response as is contemplated in 15 U.S.C. §§ 16 (b) and (c). The Court will at an appropriate time make the public interest determination contemplated in 15 U.S.C. §§ 16 (d) and (e).

**IT IS SO ORDERED**.

Dated this 18th day of April, 2013.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY:
DEPUTY